CV41400

Filed 6/19/2015 11:28:13 AM
Cheryl Fulcher
District Clerk
Hopkins County, Texas

Cheryl Fulcher

## NO. CV 41400

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/19/2015 4:11:15 PM
DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| **LETA YORK**<br>**Plaintiff,** | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| **V.** | § | 62ND JUDICIAL DISTRICT |
| | § | |
| **TODD BOATMAN**<br>**Defendant.** | § | OF HOPKINS COUNTY, TEXAS |

## NOTICE OF APPEAL

Plaintiff, Leta York, party to this case, files this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court, trial court case number and style of this matter are shown in the above caption.

The judgment or order appealed from was signed on April 2, 2015.

Leta York desires to appeal the judgment because there is no evidence or insufficient evidence to support the judgment and makes erroneous findings of fact and conclusions of law.

This appeal is being taken to the Sixth Court of Appeals.

This notice is being filed by Leta York.

Respectfully submitted,

SMITH & SMITH LAW FIRM

By: /s/PHIL SMITH/
Phil Smith
Texas Bar No. 18664400
Email: psmith300@hotmail.com
300 Oak Avenue
Sulphur Springs, TX 75482
Tel. (903) 439-3000
Fax. (903) 439-3110
Attorney for Plaintiff Leta York

## CERTIFICATE OF SERVICE

I certify that on June 19, 2015 a true and correct copy of Plaintiff's Notice of Appeal was served by fax on Larry A. Powers at 903-885-1199.

/s/PHIL SMITH/
Phil Smith

AMENDED NOTICE OF APPEAL-CIVIL FORM

CAUSE NO.

| | |
|---|---|
| LETA YORK | IN THE DISTRICT COURT |
| VS. | HOPKINS COUNTY, TEXAS |
| TODD BOATMAN | 62ND JUDICIAL DISTRICT |

*******************************************************************************

DATE NOTICE OF APPEAL FILED:   JUNE 19, 2015

ACCELERATED APPEAL: YES OR NO       RESTRICTED APPEAL: YES OR NO

DATE OF JUDGMENT:   APRIL 08, 2015

DATE OF MOTION FOR NEW TRIAL, IF FILED:   APRIL 15, 2015

NAME OF TRIAL COURT JUDGE:  WILL BAIRD

NAME OF COURT REPORTER:  ANNA UPCHURCH

OTHER PARTIES:

| | |
|---|---|
| NAME:  PHIL SMITH | NAME: |
| ATTORNEY : 18664400 | ATTORNEY: |
| ADDRESS: 300 OAK AVENUE<br>      SULPHUR SPRINGS, TX 75482<br>E-MAI:   pssmith300@hotmail.com | ADDRESS: |
| PHONE:   (903)439-3000 | PHONE: |

| | |
|---|---|
| NAME:  LARRY POWERS | NAME: |
| ATTORNEY: 16218500 | ATTORNEY |
| ADDRESS:  P. O. BOX 877<br>      SULPHUR SPRINGS, TX 75483<br>E-MAIL:   pb4us@yahoo.com | ADDRESS: |
| PHONE:   (903)885-6506 | PHONE: |

| | |
|---|---|
| NAME: | NAME: |
| ATTORNEY: | ATTORNEY: |
| ADDRESS: | ADDRESS: |
| PHONE: ( | PHONE: |